UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAY RHYMER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:05CV175 HEA |
| G & L PRODUCTS, INC., et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since service upon defendant **G & L Products, Inc.** on **April 18, 2006**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 30th day of August, 2006.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE